No. 2023-108

# United States Court of Appeals for the Federal Circuit

IN RE: CREEKVIEW IP LLC,

Petitioner.

_____

ON PETITION FOR WRIT OF MANDAMUS TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

_____

**GN AUDIO USA INC. D/B/A JABRA CORPORATION'S RESPONSE TO PETITION FOR A WRIT OF MANDAMUS**

_____

Matthew J. Rizzolo
Scott A. McKeown
Brendan McLaughlin
**ROPES & GRAY LLP**
2099 Pennsylvania Ave, NW
Washington, DC 20006-6807
Telephone: (202) 508-4600
matthew.rizzolo@ropesgray.com
scott.mckeown@ropesgray.com
brendan.mclaughlin@ropesgray.com

Dated: December 8, 2022

*Counsel for GN Audio USA Inc. d/b/a Jabra Corp.*

FORM 9. Certificate of Interest                                     Form 9 (p. 1)
                                                                    July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## <u>CERTIFICATE OF INTEREST</u>

| | |
|---|---|
| **Case Number** | 2023-108 |
| **Short Case Caption** | In re: Creekview IP LLC |
| **Filing Party/Entity** | GN Audio USA Inc. d/b/a Jabra Corporation |

---

**Instructions:** Complete each section of the form.  In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.  **Please enter only one item per box; attach additional pages as needed and check the relevant box**.  Counsel must immediately file an amended Certificate of Interest if information changes.  Fed. Cir. R. 47.4(b).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 12/08/2022                    Signature:    /s/ Matthew J. Rizzolo

                                    Name:         Matthew J. Rizzolo

**FORM 9. Certificate of Interest**

| **1. Represented Entities.** Fed. Cir. R. 47.4(a)(1). | **2. Real Party in Interest.** Fed. Cir. R. 47.4(a)(2). | **3. Parent Corporations and Stockholders.** Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| GN Audio USA Inc. d/b/a Jabra Corporation | | GN Store Nord A/S |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐ Additional pages attached

FORM 9. Certificate of Interest

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐  None/Not Applicable          ☐  Additional pages attached

| | | |
|---|---|---|
| Anne Shea Gaza, Young Conaway Stargatt & Taylor, LLP | Samantha G. Wilson, Young Conaway Stargatt & Taylor, LLP | |
| | | |
| | | |

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☑  None/Not Applicable          ☐  Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑  None/Not Applicable          ☐  Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

Respondent GN Audio USA Inc. d/b/a Jabra Corporation ("Jabra") hereby submits this response to the Petition for a Writ of Mandamus and the Court's December 2, 2022 Order (Dkt. No. 4). The Court has asked whether defendants fully defend, partly defend, or decline to defend the challenged order of the district court that is the subject of Petitioner's Petition for a Writ of Mandamus.

Since the issuance of the challenged order, Petitioner has dismissed its claims with prejudice. *See Creekview IP LLC v. Jabra Corp.*, No. 22-cv-00426, Dkt. No. 16 (Oct. 6, 2022). As such, Jabra takes no position on the challenged order or as to Petitioner's request for relief, and does not intend to participate further in these proceedings or any proceedings below.

Dated:     December 8, 2022

Respectfully submitted,

*/s/ Matthew J. Rizzolo*
Matthew J. Rizzolo
Scott A. McKeown
Brendan McLaughlin
ROPES & GRAY LLP
2099 Pennsylvania Ave, NW
Washington, DC 20006-6807
Telephone: (202) 508-4600
matthew.rizzolo@ropesgray.com
scott.mckeown@ropesgray.com
brendan.mclaughlin@ropesgray.com

*Counsel for GN Audio USA Inc. d/b/a Jabra Corp.*

1

**CERTIFICATE OF COMPLIANCE**

The undersigned certifies that this petition complies with the type-volume limitation of Fed. Cir. R. 21(b) because this brief contains 124 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).  This brief complies with the typeface requirements of Fed. R. App. P. 32(c)(2) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word 365 in Times New Roman 14 point font.

Dated: December 8, 2022       /s/ *Matthew J. Rizzolo*
                              ROPES & GRAY LLP

                              *Counsel for GN Audio USA Inc. d/b/a Jabra Corp.*