# United States Court of Appeals for the Federal Circuit

---

**In re: CREEKVIEW IP LLC,**
*Petitioner*

---

2023-108

---

**RESPONSE TO PETITION FOR WRIT OF MANDAMUS AND NOTICE OF DECLINATION TO DEFEND**

Pursuant to the Court's Order dated December 2, 2022 (Dkt. 4), Defendant Skullcandy Inc. ("Skullcandy") hereby provides its response to the Petition for Writ of Mandamus (Dkt. 2) filed by Petitioner Creekview IP LLC ("Creekview"). Skullcandy declines to defend the order challenged in Creekview's Petition.

DATED this 9th day of December, 2022.

TRASKBRITT, P.C.
*/s/ James C. Watson*
J. Jeffrey Gunn
James C. Watson
230 South 500 East, Suite 300
Salt Lake City, Utah 84102
JGunn@traskbritt.com
JCWatson@traskbritt.com

*Counsel for Defendant Skullcandy Inc.*

# CERTIFICATE OF COMPLIANCE

Counsel certifies as follows:

    1. This brief complies with the type-volume limitations of Federal Rule of Appellate Procedure 21(d) because this Notice contains 58 words.

    2. This brief complies with the typeface requirements of Rule 32(a)(5) of the Federal Rules of Appellate Procedure and the type-style requirements of Rule 32(a)(6) of the Federal Rules of Appellate Procedure because this brief has been prepared in a proportionally spaced typeface using Microsoft Office Word 2019 in 14-point Times New Roman font.

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system on December 9, 2022.

A copy of the foregoing was served upon the following counsel of record by electronic mail and upon the district court by UPS:

Via Email to counsel for Plaintiffs:

David R. Bennett, Direction IP Law, P.O. Box 14184, Chicago, IL 60614, dbennett@directionip.com

Via Email to counsel for Defendants:

Chad S.C. Stover, Barnes & Thornburg LLP, 1000 North West Street, Suite 1500, Wilmington, DE 19801, chad.stover@btlaw.com

Anne Shae Gaza, Young, Conaway, Stargatt & Taylor LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801, agaza@ycst.com

Matthew J. Rizzolo, Scott A. McKeown, Brendan McLaughlin, Ropes & Gray, 2099 Pennsylvania Ave, NW, Washington, DC 20006-6807, matthew.rizzolo@ropesgray.com, scott.mckeown@ropesgray.com, brendan.mclaughlin@ropesgray.com

Via UPS to the Court:

The Honorable Colm F. Connolly J. Caleb Boggs Federal Building 844 N. King Street Unit 31 Room 4124 Wilmington, DE 19801-3555

                                                /s/ Colette V. Dubois
                                                  Colette V. Dubois